**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MISTY MARTIN,**
**ADC #712125**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 1:17-cv-00088-KGB/JTR**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*                                  **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge

J. Thomas Ray (Dkt. No. 3). No objections have been filed, and the time for filing objections has

passed. After careful review of the Recommended Disposition, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings

in all respects.

Therefore, plaintiff Misty Martin's complaint is dismissed without prejudice (Dkt. No. 1).

It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith.

28 U.S.C. § 1915(a)(3).

So ordered this the 18th day of May, 2018.

_____
Kristine G. Baker
United States District Judge